

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-22-00041-CV

_____

KAREN SUE POOL, Appellant

V.

MARCUS RAY POOL, Appellee

On Appeal from the County Court at Law
Lamar County, Texas
Trial Court No. 91124

Before Morriss, C.J., Stevens and van Cleef, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

Karen Sue Pool filed a timely notice of appeal on June 9, 2022. The clerk's record was filed on August 2, 2022. A reporter's record was not taken. The original deadline for Pool's appellate brief was September 23, 2022. On September 1, 2022, we received a letter from Pool and advised her that, if the letter was intended to serve as her appellate brief, we could not accept it because it did not meet the requirements of Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. We extended the deadline for Pool to file her brief to September 27, 2022. When neither a brief nor a motion to extend time for filing same was received by October 11, 2022, this Court advised Pool by letter that the brief was late. We also extended the deadline for filing the brief to October 26, 2022. We warned Pool that the failure to file a brief by the October 26, 2022, deadline would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Pool has not filed her brief in compliance with this Court's deadline. Having received no brief from Pool, this appeal is ripe for dismissal for want of prosecution. Consequently, pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Charles van Cleef
Justice

Date Submitted:     November 15, 2022
Date Decided:       November 16, 2022

2